O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD A. TREPANY, | Case No. 2:13-cv-05692-ODW(JCx) |
| Plaintiff, | **ORDER DISMISSING FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| DEUTSCHE GANK NATIONAL TRUST COMPANY; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1–10, inclusive, | |
| Defendants. | |

On September 6, 2013, the Court ordered Plaintiff Donald Trepany to show cause no later than September 17, 2013, why this matter should not be dismissed for lack of subject-matter jurisdiction.  (ECF No. 12.)  The Court invited Trepany to submit an Amended Complaint and warned Trepany that "failure to timely respond will result in dismissal of this action."  (Id.) The Court has received no response to its Order.

The jurisdictional allegations in Trepany's Complaint were woefully defective. (ECF No. 1.)  Trepany alleges that this Court has federal-subject-matter jurisdiction under 28 U.S.C. § 1332.  (*Id.*)  But Trepany does not allege the defendant corporations' citizenships.  (ECF No. 12.)  Additionally, the pleadings set forth

Trepany's residence rather than his citizenship. (*Id.*)  Because Trepany failed to respond to the Court's Order to Show Cause, and because of the myriad deficiencies in Trepany's jurisdictional allegations, the Court **DISMISSES** this action without prejudice for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

September 20, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**